# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-31
Lower Tribunal No. 09-25476A

_____

**Exzavier Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Carlos J. Martinez, Public Defender, and Robert Kalter and Andrew Stanton, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Exzavier Robinson appeals his convictions and sentences after a jury trial for first-degree murder (Count I); strong-arm robbery (Count II); vehicular homicide (Count III); and reckless driving (Count IV). He was found guilty for the death of Emily Anderson who was killed in a car accident as Robinson was fleeing the police after committing a crime. We affirm without discussion his convictions and sentences on Counts I, II, and IV.

Based upon a review of the record, and the State's commendable confession of error, however, we reverse with directions to the trial court to vacate Robinson's sentence and conviction on Count III. Under the "single homicide rule," "only one homicide conviction and sentence may be imposed for a single death." Houser v. State, 474 So. 2d 1193, 1196 (Fla. 1985). Under Houser, dual convictions for a single death violate the constitutional guarantee against double jeopardy. See Ivey v. State, 47 So. 3d 908, 910 (Fla. 3d DCA 2010); Amend. V, U.S. Const.; Art. I § 9, Fla. Const. Accordingly, we remand for the trial court to vacate that portion of Robinson's sentence on Count III, and affirm in all other respects.

Affirmed in part, reversed in part, and remanded with directions.